M. M. Sachs and Elie Levy, appellees, v. B. Soumar, appellant. Gen. No. 38,144.

Opinion filed November 12, 1935.

Felix J. Streyckmans and Gurdon Williams, for appellant. Bernard Allen Fried and Nat S. Ruvell, for appellees; Bernard Allen Fried, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

The First National Bank of Chicago, appellant, v. Catherine Balzer et al., defendants. Samuel E. Davidson and Muriel Davidson, appellees. Gen. No. 38,154.

Opinion filed November 12, 1935. Rehearing denied November 26, 1935.

Tatge & Tatge, for appellant; Robert F. Kolb and Francis M. Cooper, of counsel. Samuel E. Davidson, for appellees.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Joan Left, appellee, v. Maling Brothers Incorporated, appellant. Gen. No. 38,169.

Opinion filed November 12, 1935.

Robertson, Crowe & Spence, for appellant; Burt A. Crowe, of counsel. H. H. Patterson, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.